**FILED**

DEC 1 9 2006

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGE JOAN H. LEFKOW** |
| | ) | No. 06 CR 778 |
| v. | ) | |
| | ) | Violations: Title 21, United |
| | ) | States Code, Section 841(a)(1) |
| DEVON PHILLIPS | ) | |
| | ) | |

**MAGISTRATE JUDGE KEYS**

COUNT ONE

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

On or about September 5, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

DEVON PHILLIPS

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, approximately 29.3 grams of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about October 3, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

### DEVON PHILLIPS

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, approximately 135 grams of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

2

## COUNT THREE

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about October 19, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

### DEVON PHILLIPS

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, in excess of 500 grams of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATIONS

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

1. The allegations contained in this Indictment are realleged and fully incorporated herein for the purpose of alleging that certain property is subject to forfeiture to the United States, pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of his violations of Title 21, United States Code, Section 841(a)(1) as alleged in Counts One through Three of this Indictment,

DEVON PHILLIPS,

defendant herein, has subjected to forfeiture to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2): (1) any and all property constituting or derived from any proceeds the defendant obtained, directly and indirectly, as a result of said violations; and (2) any and all property used, and intended to be used, in any manner or part to commit and to facilitate the commission of said violations.

3. The interests of the defendant subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853, include, but are not limited to: one 2006 Mercedes Benz CLS 500, VIN: WDDDJ75X46A015087; and one 2004 Pontiac Grand Prix, VIN: 2G2WS522441114940.

4. If the property subject to forfeiture and described above, as a result of any act or omission of the defendant:

      (a)    Cannot be located upon the exercise of due diligence;

      (b)    Has been transferred or sold to, or deposited with, a third party;

      (c)    Has been placed beyond the jurisdiction of the Court;

4

(d)     Has been substantially diminished in value; or

(e)     Has been commingled with other property which cannot be divided without

difficulty,

the United States of America shall be entitled to forfeiture of substitute property, under the

provisions of Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY