*PH*

*FILED*
*SEP 17 2007*
*SEP 17, 2007*
*NF*
*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS  EASTERN DIVISION

| | |
|---|---|
| THOMAS D. SHAKESHAFT et al ) | CASE NO: 06 CR 778 |
| Respondent/Plaintiff(s) ) | |
| [US Government Agent(s) via Chicago] ) | |
| ) | Judge |
| vs. ) | Joan H. Lefkow |
| ) | |
| DEVON PHILLIPS© ) | |
| Petitioner/Defendant ) | |
| [Indigenous American National] ) | |

### MOTIONS FOR COURT ORDERS TO CEASE AND DESIST DISMISS FOR LACK OF JURISDICTION

The undersigned, In Propria Persona [non-attorney], enters the Non-appearance of the Defendant

The Petitioner/Defendant: Indigenous American National of the Washitaw Nation of Muurs

**NOW COMES** the Petitioner/Defendant, **Devon Phillips El**, as himself appearing by Special Visitation [Not general appearance], to return papers ["Recognizance Bond" erroneously and fraudulently served] relating to the above styled case, indicating an action issuing against the legal fiction: **DEVON PHILLIPS**.

**THIS NOTICE TO ABATE/COMMON LAW DEMURRER** is an exercise of My Constitutional Rights under Article IV, Section 4 and Article VI, Section 3 & 4, secured for non-resident aliens who are citizens of another state than that which charges are brought; Given the **Peace and Friendship Treaty 1786 and 1836** involved and **US Land Grant 923 of 1802.**

| | |
|---|---|
| Devon Phillips El, American National | **REGISTERED NON-RESIDENT ALIEN,** |
| In Propria Persona "sui juris" and "alieni | Secretary of State, Illinois |
| juria" Indigenous Washitaw Muur, U.N. | U.C.C-1 File No. IL 10466679-FS |
| #215/93 Secured Party and Holder-in-Due-Course | U.C.C-3 File No. IL 00000000-AM |
| In-Care-Of: Post Office Box 802625 | *[signature]* |
| Chicago, Illinois Republic | PRO PER Signature, Without Recourse UCC 1-308;1-103.6 In |
| [Via: u.sA. Postal zone 60680-2625] | Accordance with 28 CFR16.41(d); 28 USC 1746(1) Sovereign |
| | Washitaw Citizen : 8 USC 1408; 15 Stat 223-224 MST of A |

THE PETITIONER/DEFENDANT SAYS: The Constitution for the united states of America[1789] and the Constitution of the Union state of Illinois [1818] secures the Civil Rights, pursuant to 28 USC 1343(3), to an Indigenous American National [54 Stat 1137, Section 101(a) and 8 USC Section 1101(21); UCC1-308 and UCC1-103.6;all in accordance with 28 CFR 16.41(d) and 28 USC 1746(1):31 USC 5118, through 22 USC 2281; Sovereign state Citizen:8 USC 1408; 15 Stat 223-224]

**CEASE AND DESIST MOTION AND ORDER**: This cause coming to be heard on behalf of the Petitioner/Defendant's **Motion to Dismiss for lack of Jurisdiction**, all parties having been given due notice the court being fully advised of the premises and having considered the Petitioner/Defendant's Notices and Affidavits, as to the errors of the **Criminal Indictment** against the Petitioner/Defendant. Motions are hereby made for **Dismissal for Cause** and to **Cease and Desist** until the **NATURE AND CAUSE** of the Indictment is adjudicated by the **United States District Court.**

All presentments and unperfected claims have been take for value and NOTICE is hereby given, pursuant to UCC 1-201 [25],[26],[27] and [35], of the Petitioner/Defendant's Secured Party and Indigenous Foreign Status, verified and recorded in the **Office of the Secretary of State** for The Illinois Republic and for the Perfection of Claims, **pursuant to 54 Stat 1137, Section 101(a) and 8 USC Section 1101(21); UCC 1-308 and UCC1-103.6; all in accordance with 28 CFR 16.41(d) and 28 USC 1746(1): 31 USC 5118, through 22 USC 2281 [Sovereign state Citizen: 8 USC 1408; 15 Stat. 223-224]** via Uniform Commercial Code filing. This court lacks authority for **Want of Jurisdiction Over Both The Foreign Sovereign and The Subject Matter**, pursuant to the Foreign Sovereign Immunities Act of 1976 [28 USCS 1330]. In regard to my foreign, non-surety and exempt form levy status, please refer to the following regarding the indictment involving the legal fiction: **DEVON PHILLIPS.**

**TO THE PLAINTIFF(S) HERETO ATTORNEY[IES] OF RECORD;**

**NOTICE IS HERBY GIVEN** that the Petitioner Devon Phillips El© hereby brings this action to the United States District Court for Northern District of Illinois, Chicago.

The Grounds for the Cease and Desist are as follows:

1. THOMAS D SHAKESHAFT [et al] is a Respondent/Plaintiff(s) in the above-entitled Criminal action filed in the United States District Court for the Northern District of Illinois, Case No. 06-CR-778

2. The Petitioner/Defendant, Devon Phillips El©, is informed; and alleges that at the time of commencement of said action and at all times thereafter, Plaintiff(s) was and still is a corporation incorporated under the laws of United States with its principle place of business in the District of Columbia with its powers specifically delegated to it by the Constitution Article I, Section 8, cl.3; Seminole Tribe v. Florida 517 U.S 44 (1996)

3. The Petitioner/Defendant, Devon Phillips El©, is domiciled (c/o Post Office Box 802625 Chicago Territory, Illinois state Republic near [60680], u.s.A NON DOMESTIC a Citizen of the Illinois state Republic and is not a citizen of the State of Illinois, County of Cook, City of Chicago.

4. The Respondents/Plaintiff(s) hereinafter "individual plaintiff(s)", are each citizens of the State of Illinois, County of Cook, City of Chicago and residents thereof. None of the plaintiff(s) are Citizens of the Illinois Republic or residents thereof.

5. Although fictitiously-designated plaintiffs and referred to in this NOTICE [Petition], such fictitiously-designated plaintiffs are to be disregarded for the purpose of diversity in favor of their private and natural beings, pursuant to 28 USC 1441(d)

6. The amount in controversy [pursuant to 28 USC 1332: a diversity claim], including counsel's fees but exclusive of interest and cost, exceeds the sum of $75,000.00. The United States District Court has supplemental jurisdiction over the claims of all class members, pursuant to 28 USC 1441(d).

7. In addition, the **Petitioner/Defendant claims actual damages in excess of $100,000.00 and punitive damages with respect to each cause of action**. Moreover, Devon Phillips El© is informed and alleges that the cost to the Respondents/Plaintiff(s) of the **equitable and injuctive** relief requested by **Devon Phillips El©** exceeds the sum of $75,000.00, exclusive of interest and cost.

On this *17th* day of *September*, 2007

*Devon Phillips El Carr*

Devon Phillips El©: U.S. Land Grant 923, 1802 & U.N. 215/93 Witness the Hand and Seal, Moorish Science Temple of Amexum, Chicago Territory

**U.S. Land Grant No 923 [Certificate: June 14, 1797; Plan No. 1516; Register No.3, April 12, 1802] A CESTUI QUE TRUST-INDENTURE AGREEMENT BETWEEN SOVEREIGN PRIVATE PARTIES** 1) The Marquis de Maison Rouge/The Baron Bastrop "Spanish/Moorish" Land Grant #923; 2) The Fontainebleau Treaty of San Il-defonso I [November 3, 1762; via The Louisiana Dauphin and heir to the de Bourbon (Delaware Muur) Washitaw-Tunic estate, nunc pro tunc (1682-1713)]; 3) Treaty of Utrecht; France, April 11, 1713; and Spain December 9, 1713; 4) The De Bourbon Compact, August 15, 1761; and Treaty of San Lorenzo, November 17, 1762; 5)King George III: The British Royal Proclamation [October 7, 1763; via The British Quebec Act of 1774; and the u.s. A Northwest Ordinance [1 Stat 50, July 13, 1787]. In regards to Spanish Moorish Louisiana; 6) Treaties for the Cession of Louisiana [April 13, 1803, and April 30, 1803; and US Congressional Acts; 1817, February 10; Act #253; 1820, December 12: Act #325; 1821, January 22: Act #329]; 7) US Supreme Court Judicial Affirmation [Nos 31 & 191, June 19 &20, 1848] of the de Bourbon Tunica/Turner estate [Indigenous Land Claim, US Grant No 923] 8)The Charter of 1945:United Nations Article 75 through 85, via Office of Special Trustee, 1994, Bureau of Indian Affairs, 1824, US Department of the Interior. The corpus of the Trust/Grant is perpetual with the duration of the United States of America; and Units of Beneficial Interest [UBI's] or Monetary Certificates are therefore issued to members of the Sovereign Washitaw Nations of Muurs via Certified Draft or Negotiable Bill of Exchange, to Wit: