*PH*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS       EASTERN DIVISION

06CR778

| | |
|---|---|
| THOMAS D. SHAKESHAFT et al ) | CASE NO: 06 CR 778 |
| Respondent/Plaintiff(s) ) | |
| [US Government Agent(s) via Chicago] ) | |
| ) | Judge |
| vs. ) | Joan H. Lefkow |
| ) | |
| DEVON PHILLIPS© ) | |
| Petitioner/Defendant ) | |
| [Indigenous American National] ) | |

FILED SEP 24 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## NOTICE OF FOREIGN INDIGENOUS, NON-RESIDENT STATUS

**NOTICE** is hereby given, pursuant to U.C.C. 1-308 [25], [26], [27], and [35], of the Petitioner/Defendant's Secured Party and Indigenous Foreign Status, verified and recorded in the Office of the Secretary of State for The Illinois Republic and for the Perfection of Claims, pursuant to 54 Stat 1137, Section 101(a) and 8 U.S.C. Section 1101(21); U.C.C. 1-308 and U.C.C. 1-103.6; all in accordance with 28 C.F.R. 16.41(d) and 28 U.S.C. 1746(1): 31 U.S.C 5118, through 22 U.S.C. 2281 [Sovereign Washitaw Citizen: 8 USC 1408; 15 Stat 223-224] via Uniform Commercial Code filing. This NOTICE is an exercise of my Constitutional Rights under Article IV, Section 4 and Article VI, Sections 3 & 4, Secured for non-residents indigenous aliens who are citizens of another state that in which the charges are brought.

1. The Petitioner/Defendant, Devon Phillips El©, is domiciled (c/o Post Office Box 802625 Chicago Territory, Illinois state Republic near [60680], u.s.A NON DOMESTIC a Citizen of the Illinois state Republic and is not a citizen of the State of Illinois, County of Cook, City of Chicago.

2. The Respondents/Plaintiff(s) hereinafter "individual plaintiff(s)", are each citizens of the State of Illinois, County of Cook, City of Chicago and residents thereof. None of the plaintiff(s) are Citizens of the Illinois Republic or residents thereof.

On this ___17___ day of __September__ 2007

*U.S. Land Grant No 923 [Certificate: June 14, 1797; Plan No. 1516; Register No.3, April 12, 1802] A CESTUI QUE TRUST-INDENTURE AGREEMENT BETWEEN SOVEREIGN PRIVATE PARTIES* 1) The Marquis de Maison Rouge/The Baron Bastrop "Spanish/Moorish" Land Grant #923; 2) The Fontainebleau Treaty of San Il-defonso I [November 3, 1762; via The Louisiana Dauphin and heir to the de Bourbon (Delaware Muur) Washitaw-Tunic estate, nunc pro tunc (1682-1713)]; 3) Treaty of Utrecht; France, April 11, 1713; and Spain December 9, 1713; 4) The De Bourbon Compact, August 15, 1761; and Treaty of San Lorenzo, November 17, 1762; 5)King George III: The British Royal Proclamation [October 7, 1763; via The British Quebec Act of 1774 ;and the u.s. A Northwest

Ordinance [1 Stat 50, July 13, 1787]. In regards to Spanish Moorish Louisiana; 6) Treaties for the Cession of Louisiana [April 13, 1803, and April 30, 1803; and US Congressional Acts; 1817, February 10; Act #253; 1820, December 12: Act #325; 1821, January 22: Act #329]; 7) US Supreme Court Judicial Affirmation [Nos 31 & 191, June 19 &20, 1848] of the de Bourbon Tunica/Turner estate [Indigenous Land Claim, US Grant No 923] 8)The Charter of 1945: United Nations Article 75 through 85, via Office of Special Trustee, 1994, Bureau of Indian Affairs, 1824, US Department of the Interior. The corpus of the Trust/Grant is perpetual with the duration of the United States of America; and Units of Beneficial Interest [UBI's] or Monetary Certificates are therefore issued to members of the Sovereign Washitaw Nations of Muurs via Certified Draft or Negotiable Bill of Exchange, to Wit:

_____
American/U.S. National and Indigenous Washitaw National
The Nationality Act of 1940 and United Nations #215/93
54 Stat 1137, Section 101(a) and 8 USC Section 1101(21)
ALL RIGHTS RESERVED UCC 1-308 and UCC 1-103.6
In accordance with 28 CFR 16.41(d) and 28 USC 1746(1)

_____
Secured Party/Creditor and Holder in due Course
U.C.C-1 Financing Statement 10466679-FS, UCC 1-308
EXEMPT FROM LEVY HJR-192, UCC 1-104, 3-104;
10-104[via 31 USC 463(b) and PL 73-10];31 USC 5118
through 22 USC 2281 and UCC-3 0000000-AM