

IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF ILLINOIS    EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS D. SHAKESHAFT et al | ) | CASE NO 06 CR 778 |
| Respondent/Plaintiff(s) | ) | |
| [US Government Agent(s) via Chicago] | ) | |
| | ) | Judge |
| vs. | ) | Joan H. Lefkow |
| | ) | |
| DEVON PHILLIPS© | ) | |
| Petitioner/Defendant | ) | |
| [Indigenous American National] | ) | |

OCT 22 2007
FILED
OCT 22 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE TO RELEASE POWER OF ATTORNEY

PLEASE TAKE NOTICE the undersigned Petitioner/Defendant an Indigenous American National enters by Special Appearance In Propria Persona [non-attorney], proceeding Sui Juris. Service of this notice has been given to Michael P. Gillespie at his address 53 West Jackson Boulevard, Chicago Illinois 60604.

Certificate of Service

I, Devon Phillips El certify that this notice was sent Certified U.S. mail, registered return receipt on October 22, 2007 to the above noticed parties.

**Devon Phillips El**, American National
In Propria Persona "sui juris" and "alieni juria"
Indigenous Moorish American, UN #215/93
Secured Party and Holder-In-Due Course

In-Care-Of: Post Office Box 802625
Chicago Territory, Illinois Republic, u.s.A
NON-DOMESTIC

**REGISTERED NON-RESIDENT ALIEN,**
**Secretary of State, Illinois**
  U.C.C-1 File No. IL 10466679-FS
  U.C.C-3 File No. IL 00000000-AM

_Devon Phillips El©_ All Rights Reserved.
PRO PER, Signature Without Recourse UCC1-308,
1-103.6 In Accordance With 28 CFR 16.41(d);
28 USC 1746(1) Sovereign Citizen: USC 1408; 15 Stat 223-224