# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 778 | **DATE** | 4/16/2008 |
| **CASE TITLE** | USA vs. Devon Phillips | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Government's motion regarding revocation of bond [48] is granted. Defendant's bond is hereby revoked and defendant shall be taken into custody forthwith by the U.S. Marshal and be detained until further order of court.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | MD |
|---|---|---|