



"The continental flag of treaty of Al Mamlakah Al Maghrib, MR"
~1407 M.C.. (1787 A.D.)



FILED
JAN 14 2011
JAN 14 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



"Sigilla Magna Republicae Confederatae Americae, MR"
~June 14, 1777

# THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

## BEFORE THE DEJURE DISTRICT COURT OF THE UNITED STATES OF AMERICA
[Pursuant to Art III, Section 1-2, C.U.S.A]

In the Northern District of Illinois
Art 1, § 2, Clause 3, Art 4,§ 4 and Title 28 USC Ch.5]

| | |
|---|---|
| United States of America In the Family of Nations ) <br> The United States Government In the Family of ) <br> Nations: The State of Illinois Republican Form of ) <br> Government,    USA, UNITED STATES ) <br> Petitioner ) <br> Vs ) <br>  ) <br> Devon Phillips ) <br>   "Alleged Defendant" in Error ) <br>  ) <br> Devon-Dramaine:PhillipsEl ) <br>   (Real party in interest)    Respondents ) | Case # 06 CR 00778 <br><br> Judge: Joan Humphrey Lefkow <br><br> NOTICE OF SPECIAL RESTRICTED APPEARANCE |

JURAT
§ Under The Law of Nations
§ The United states of America Republic,
§ In general congress assembled the
§ perpetual De Jure union of Autochthon
§ states whom congressed to form a
§ constitutional republic on the soil of Illinois,
§ a sovereign state within
§ the perpetual union of states
§ at the sovereign county of Cook
§ Al Mamlakah Al Maghrib, MR

## NOTICE OF SPECIAL RESTRICTED APPEARANCE

**FOR THE RECORD,** comes now River-Tali lawful woman, Real Party in Interest and Third Party Intervener appearing specially under "restricted appearance" (Rule E 8 of the Supplemental Rules for Certain Admiralty and Maritime Claims)

**PLEASE TAKE NOTICE** that on January 19, 2011 at 11:00am or as soon thereafter as I may be heard, I shall be heard before the Judge Joan Lekfow of the US District Court of the Northern District of Illinois Eastern Division to present the following Writs attached hereto:

Writ of Error Coram Nobis, Writ of Quo Warranto, Writ of Discovery Foreign Agents Registration Objection to Testimony by Thomas Shakeshaft et al, and Justin Williams

### CERTIFICATE OF SERVICE

I hereby certify that on January 14th, 2011 I provided service to the persons listed below by the following means:

Certified Mail: 7000 0520 0013 1561 8780
United States District Court
AUSA Thomas D. Shakeshaft
219 South Dearborn Street
Chicago Illinois 60604-0001

Certified Mail: 7000 0520 0013 1561 8797
Illinois Attorney General
Lisa Madigan d/b/a Attorney General
100 West Randolph
Chicago Illinois 60601-0001

Certified Mail: 7000 0520 0013 1561 8803
United States Department of Justice
Eric Holder United States Attorney General
950 Pennsylvania Avenue North West
Washington District of Columbia 20530-0001

Certified Mail: 7000 0520 0013 1561 8810
Major David Jones Provost Marshal
Building 1408 Bourke Street
Twentynine Palms, CA 92278

Edouard Dayan-Director General
Universal Postal Union International Bureau
P.O. Box 3000 Berne 15
Switzerland
Registered Mail: RA 000 108 722 US

Certified Mail: 7000 0520 0013 1561 8766
United States District Court
James F. Holderman Chief Judge
219 South Dearborn Street
Chicago Illinois 60604-0001

By_____
In propria personam sui juris All Rights Reserved

[River-Tali]
[c/o U.S.P.O. Postmaster]
[c/o Post Office Box 8503]
Chicago Illinois
Non domestic