| U.S. Department of Justice<br>United States Marshals Service  MAR 0 3 2011 | PROCESS RECEIPT AND RETURN |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>06CR 778 |
|---|---|
| DEFENDANT<br>Devon Phillips | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Kristal Hicks
Legal Support Representative
Systems & Services Technologies, Inc.

FILED
MAR 1 1 2011
Mar 11, 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
Fax: 866-311-7251

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW

Patrick J. Fitzgerald, United States Attorney
Attn: Dorothy Cuadra
219 S. Dearborn, 5th Floor
Chicago, Illinois 60604

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Fax: 866-311-7251

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
/s/ Thomas Shakeshaft, AUSA
TELEPHONE NUMBER: 312-353-5300
DATE: 2/25/11

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process No. | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/4/11
Time: 10:17 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: Served via fax

PRIOR EDITIONS MAY BE USED  SEND ORIGINAL + 2 COPIES to USMS.  FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt

